DANIEL G. BOGDEN
United States Attorney
District of Nevada

ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *roger.wenthe@usdoj.gov*

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CRYSTAL EWING, individually and as a director or officer of Classic Productions, LLC;<br><br>CLASSIC PRODUCTIONS, LLC, a Nevada limited liability corporation;<br><br>HEALTH NUTRITION PRODUCTS, LLC, a Delaware limited liability company, also d/b/a HNP LLC, d/b/a W8-B-Gone, and d/b/a Quick & Easy;<br><br>HOWARD RAFF, a/k/a HOWARD BRUCE, individually and as an officer or director of Health Nutrition Products, LLC;<br><br>DAVID RAFF, individually and as a *de fac*to officer or director of Health Nutrition Products, LLC;<br><br>OMNI PROCESSING CENTER, a Nevada | Case No. 2:14-cv-683-MMD-VCF<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT** |

company;

MBE MANAGEMENT LLC, a Nevada limited liability company;

SHIRLEY MURPHY, individually and as a director or officer of Omni Processing Center;

and

RONALD BOYDE, individually and as a director or officer of Omni Processing Center and a *de facto* director or officer of MBE Management LLC,

    Defendants.

## MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Korin Ewing Felix, Alejandro G. Rosenberg, and Elsie B. Kappler to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Felix, Ms. Kappler, and Mr. Rosenberg are attorneys with the Federal Trade Commission, an agency of the federal government.  Ms. Felix is a member in good standing of the District of Columbia Bar (No. 502003); Ms. Kappler is a member in good standing of the Commonwealth of Massachusetts Bar (BBO No. 562265); and Mr. Rosenberg is a member in good standing of the New York State Bar (No. 4545810).

The following contact information is provided to the Court:

>
> Federal Trade Commission
> Bureau of Consumer Protection
> Division of Enforcement
> 600 Pennsylvania Avenue, N.W.
> M-8102B
> Washington, DC  20580
>
> Korin Ewing Felix
> Phone:  (202) 326-3556
> Fax:  (202) 326-2558
> Email:  kfelix@ftc.gov
>
> Elsie B. Kappler
> Phone: (202) 326-2466
> Fax: (202) 326-2558
> Email: ekappler@ftc.gov
>
> Alejandro Rosenberg
> Phone: (202) 326-2698
> Fax: (202) 326-2558
> Email: arosenberg@ftc.gov

1 | Accordingly, the United States respectfully requests that the Court admit Korin Ewing Felix, Elsie B. Kappler, and Alejandro G. Rosenberg to practice in the District of Nevada for the duration of employment their employment by the United States.

Respectfully submitted this 1st day of May, 2014.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Roger W. Wenthe*
        ROGER W. WENTHE
        Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: May 2, 2014