Charles H. McCrea (SBN #104)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel:   702.834.8777
Fax:   702.834.5262
Email: chm@hmlawlv.com

Andrew B. Lustigman (admitted *pro hac vice*)
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 E. 55th Street
New York, NY 10022
Tel:   212.451.2300
Email: alustigman@olshanlaw.com

*Attorneys for Defendants HEALTH NUTRITION PRODUCTS, LLC, HOWARD RAFF and DAVID RAFF*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL EWING, et al.,<br><br>Defendants. | **Case No. 2:14-cv-00683-RFB-VCF**<br><br>**MOTION TO WITHDRAW WITH PREJUDICE THE HNP DEFENDANTS' MOTION TO COMPEL AND FOR DISCOVERY SANCTIONS** |

Defendants HEALTH NUTRITION PRODUCTS, LLC, HOWARD RAFF and DAVID RAFF, through their undersigned counsel, hereby move to withdraw with prejudice their The HNP Defendants' Motion to Compel and for Discovery Sanctions (DKT. 60) filed herein on April 16, 2015, on the grounds that the parties have resolved the issues raised by the motion and no longer

. . . .

. . . .

. . . .

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH STREET
SUITE 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 1 of 3

require the assistance of the Court in doing so.

Dated: May 15, 2015

HEJMANOWSKI & McCREA LLC

By: /s/Charles H. McCrea
Charles H. McCrea (SBN #104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel:  702.834.8777
Fax:  702.834.5262
Email: chm@hmlawlv.com

-and-

Andrew B. Lustigman (admitted *pro hac vice*)
OLSHAN FROME WOLOSKY LLP
Park Avenue Tower
65 E. 55th Street
New York, NY 10022
Tel:  212.451.2300
Email: alustigman@olshanlaw.com

*Attorneys for Defendants HEALTH NUTRITION PRODUCTS, LLC, HOWARD RAFF and DAVID RAFF*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 18, 2015

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH STREET
SUITE 320
LAS VEGAS,
NEVADA 89101
702.834.8777

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that I am an employee of HEJMANOWSKI & McCREA LLC and that on this 15th day of May, 2015, I caused documents entitled **MOTION TO WITHDRAW WITH PREJUDICE THE HNP DEFENDANTS' MOTION TO COMPEL AND FOR DISCOVERY SANCTIONS** to be served as follows:

[ ]     by depositing same for mailing in the United States Mail, in a sealed envelope addressed to:

| | |
|---|---|
| Jonathan E. Nuechterlein, Esq.<br>Korin Ewing Felix, Esq.<br>Elsie B. Kappler, Esq.<br>Alejandro G. Rosenberg, Esq.<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Ave., NW<br>Maildrop M-8102B<br>Washington, D.C. 20580<br><br>Attorneys for Plaintiff Federal Trade Commission<br><br>Ricki Black<br>2603 SW 28th Terrrace<br>Cape Coral, FL 33913<br><br>*Pro se* Defendant | Steven D. Dilibero, Esq.<br>DILIBERO AND ASSOCIATES<br>130 Dorrance Street<br>Providence, RI 02903<br><br>Attorneys for Defendants Crystal Ewing and Classic Production, LLC<br><br>Nancy Theresa Lord, Esq.<br>NANCY LORD, LTD.<br>1970 N. Leslie Rd #220<br>Pahrump, NV 89060<br><br>Attorney for Defendants Shirley Murphy and Ronald Boyde |

[ ]     pursuant to FED. R. CIV. P. 5(b)(2)(D) to be sent via facsimile as indicated:

[ ]     to be hand delivered to:

and/or

[X]     by the Court's CM/ECF System.

> */s/Charles H. McCrea*
> An Employee of
> HEJMANOWSKI & McCREA LLC