ELSIE B. KAPPLER
ALEJANDRO G. ROSENBERG
Federal Trade Commission
600 Pennsylvania Ave., N.W.
CC-9528
Washington, DC  20580
(202) 326-2466 (Kappler)
 (202) 326-2698 (Rosenberg)
(202) 326-3197 (Fax)
Email:  ekappler@ftc.gov; arosenberg@ftc.gov
Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTAL EWING, individually and as a director or officer of Classic Productions, LLC;<br><br>CLASSIC PRODUCTIONS, LLC, a Nevada limited liability corporation;<br><br>GLOBAL ACCESS MANAGEMENT SYSTEMS, INC., a Nevada company, also d/b/a Citra-Slim 4;<br><br>RICKI BLACK, individually and as an officer or director of Global Access Management Systems, Inc.;<br><br>HEALTH NUTRITION PRODUCTS, LLC, a Delaware limited liability company, also d/b/a HNP LLC, d/b/a W8-B-Gone, and d/b/a Quick & Easy;<br><br>HOWARD RAFF, a/k/a HOWARD BRUCE, individually and as an officer or director of Health | **Case No. 2:14-cv-000683-RFB-VCF**<br><br>**JOINT STIPULATION BETWEEN THE FTC AND CRYSTAL EWING AND CLASSIC PRODUCTIONS, LLC [AND PROPOSED ORDER] MODIFYING THE CASE MANAGEMENT ORDER SOLELY AS TO CRYSTAL EWING** |

Nutrition Products, LLC;

DAVID RAFF, individually and as a *de facto* officer or director of Health Nutrition Products, LLC;

OMNI PROCESSING CENTER, a Nevada company;

MBE MANAGEMENT LLC, a Nevada limited liability company;

SHIRLEY MURPHY, individually and as a director or officer of Omni Processing Center;

and

RONALD BOYDE, individually and as a director or officer of Omni Processing Center and a *de facto* director or officer of MBE Management LLC,

    Defendants.

Plaintiff Federal Trade Commission ("FTC") and Defendants Crystal Ewing and Classic Productions, LLC (collectively "The Parties") hereby agree and stipulate as follows:

1. The Parties are presently engaged in settlement negotiations.

2. All settlements must be approved by the full Commission.

3. The close of discovery is June 1, 2015. *See* ECF #56.

4. The Parties agree that the discovery period shall remain open for an additional 28 days solely to preserve the FTC's right to depose Ms. Ewing in the event that The Parties are unable to reach a settlement agreement.

2

5. This Joint Stipulation is made without prejudice to any party's ability to apply to the Court for any further or additional relief.

Dated: May 29, 2015

        Respectfully submitted,

*/s/ Alejandro G. Rosenberg*

---

ELSIE B. KAPPLER
ALEJANDRO G. ROSENBERG
Federal Trade Commission
600 Pennsylvania Ave., NW
Maildrop CC-9528
Washington, D.C. 20580
(202) 326-2466 (Kappler)
(202) 326-2698 (Rosenberg)
(202) 326-3197 (Fax)
Email: ekappler@ftc.gov; arosenberg@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

*/s/ Steven Dilibero*

---

Steven Dilibero
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
Email: sdilibero@diliberoandassociates.com
Attorney for Defendants Crystal Ewing and Classic Productions, LLC

**ORDER**

**IT IS SO ORDERED.**
5/29/2015

*[signature]*

~~U.S. District Court Judge /~~ **U.S. Magistrate Judge**

3

**CERTIFICATE OF SERVICE**

    I, Alejandro G. Rosenberg, hereby certify that on the 29th day of May, 2015, I served the foregoing document electronically on all counsel above via CM/ECF, and on Ricki Black via email to ricki.black@ymail.com.

                                */s/ Alejandro G. Rosenberg*
                                _____
                                Alejandro G. Rosenberg