ELSIE B. KAPPLER
ALEJANDRO G. ROSENBERG
Federal Trade Commission
600 Pennsylvania Ave., N.W.
CC-9528
Washington, DC  20580
(202) 326-2466 (Kappler)
 (202) 326-2698 (Rosenberg)
(202) 326-3197 (Fax)
Email:  ekappler@ftc.gov; arosenberg@ftc.gov
Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:14-cv-000683-RFB-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION BETWEEN THE FTC AND CRYSTAL EWING AND CLASSIC PRODUCTIONS, LLC [AND PROPOSED ORDER] MODIFYING THE CASE MANAGEMENT ORDER SOLELY AS TO THOSE PARTIES** |
| CRYSTAL EWING, individually and as a director or officer of Classic Productions, LLC; | |
| CLASSIC PRODUCTIONS, LLC, a Nevada limited liability corporation; | |
| GLOBAL ACCESS MANAGEMENT SYSTEMS, INC., a Nevada company, also d/b/a Citra-Slim 4; | |
| RICKI BLACK, individually and as an officer or director of Global Access Management Systems, Inc.; | |
| HEALTH NUTRITION PRODUCTS, LLC, a Delaware limited liability company, also d/b/a HNP LLC, d/b/a W8-B-Gone, and d/b/a Quick & Easy; | |
| HOWARD RAFF, a/k/a HOWARD BRUCE, individually and as an officer or director of Health | |

Nutrition Products, LLC;

DAVID RAFF, individually and as a *de facto* officer or director of Health Nutrition Products, LLC;

OMNI PROCESSING CENTER, a Nevada company;

MBE MANAGEMENT LLC, a Nevada limited liability company;

SHIRLEY MURPHY, individually and as a director or officer of Omni Processing Center;

and

RONALD BOYDE, individually and as a director or officer of Omni Processing Center and a *de facto* director or officer of MBE Management LLC,

    Defendants.

Plaintiff Federal Trade Commission ("FTC") and Defendants Crystal Ewing and Classic Productions, LLC (collectively "The Parties") hereby agree and stipulate as follows:

1. The Parties have agreed to a proposed settlement.

2. All settlements must be approved by the full Federal Trade Commission ("Commission").

3. The FTC filed its Motion for Summary Judgment (ECF #73) on July 1, 2015.

4. Defendants Ewing and Classic Productions' Opposition is currently due on July 23, 2015.

2

5. Should the Commission reject the proposed settlement, the Parties agree that Defendants Ewing and Classic Productions' Opposition to the FTC's Motion for Summary Judgment shall be due 21 days after the Parties alert the Court that the Commission has rejected the proposed settlement.  The FTC would then have 14 days from the date of Defendants Ewing and Classic Production's Opposition to file its Reply.

[PAGE ENDS HERE]

6. This Joint Stipulation is made without prejudice to any party's ability to apply to the Court for any further or additional relief.

Dated: July 13, 2015

                                  Respectfully submitted,

                                  */s/ Elsie B. Kappler*
                                  _____
                                  ELSIE B. KAPPLER
                                  ALEJANDRO G. ROSENBERG
                                  Federal Trade Commission
                                  600 Pennsylvania Ave., NW
                                  Maildrop CC-9528
                                  Washington, D.C. 20580
                                  (202) 326-2466 (Kappler)
                                  (202) 326-2698 (Rosenberg)
                                  (202) 326-3197 (Fax)
                                  Email: ekappler@ftc.gov; arosenberg@ftc.gov
                                  Attorneys for Plaintiff
                                  FEDERAL TRADE COMMISSION

                                  */s/ Steven Dilibero*
                                  _____
                                  Steven Dilibero
                                  130 Dorrance Street
                                  Providence, RI 02903
                                  (401) 621-9700
                                  Email: sdilibero@diliberoandassociates.com
                                  Attorney for Defendants Crystal Ewing and Classic Productions, LLC

                                  **<u>ORDER</u>**

**IT IS SO ORDERED.**

                                  _____
                                  **RICHARD F. BOULWARE, II**
                                  **U.S. District Court Judge**

                                  **DATED:  <u>July 21, 2015</u>.**

**CERTIFICATE OF SERVICE**

I, Elsie B. Kappler, hereby certify that on this 13th day of July, 2015, I served the foregoing document electronically on all counsel above via CM/ECF, and on Ricki Black via email to ricki.black@ymail.com.

*/s/ Elsie B. Kappler*

Elsie B. Kappler