ELSIE B. KAPPLER
ALEJANDRO G. ROSENBERG
Federal Trade Commission
600 Pennsylvania Ave., N.W.
CC-9528
Washington, DC  20580
(202) 326-2466 (Kappler)
 (202) 326-2698 (Rosenberg)
(202) 326-3197 (Fax)
Email:  ekappler@ftc.gov; arosenberg@ftc.gov
Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTAL EWING, individually and as a director or officer of Classic Productions, LLC;<br><br>CLASSIC PRODUCTIONS, LLC, a Nevada limited liability corporation;<br><br>GLOBAL ACCESS MANAGEMENT SYSTEMS, INC., a Nevada company, also d/b/a Citra-Slim 4;<br><br>RICKI BLACK, individually and as an officer or director of Global Access Management Systems, Inc.;<br><br>HEALTH NUTRITION PRODUCTS, LLC, a Delaware limited liability company, also d/b/a HNP LLC, d/b/a W8-B-Gone, and d/b/a Quick & Easy;<br><br>HOWARD RAFF, a/k/a HOWARD BRUCE, individually and as an officer or director of Health | Case No. 2:14-cv-000683-RFB-VCF<br><br>**JOINT STIPULATION BETWEEN THE FTC AND RICKI BLACK [AND PROPOSED ORDER] MODIFYING THE CASE MANAGEMENT ORDER SOLELY AS TO THOSE PARTIES** |

| | |
|---|---|
| 1 | Nutrition Products, LLC; |
| 2 | |
| 3 | DAVID RAFF, individually and as a *de facto* officer or director of Health Nutrition Products, LLC; |
| 4 | |
| 5 | OMNI PROCESSING CENTER, a Nevada company; |
| 6 | |
| 7 | MBE MANAGEMENT LLC, a Nevada limited liability company; |
| 8 | SHIRLEY MURPHY, individually and as a director or officer of Omni Processing Center; |
| 9 | |
| 10 | and |
| 11 | RONALD BOYDE, individually and as a director or officer of Omni Processing Center and a *de facto* director or officer of MBE Management LLC, |
| 12 | |
| 13 | |
| 14 | Defendants. |

Plaintiff Federal Trade Commission ("FTC") and Defendant Ricki Black (collectively "The Parties") hereby agree and stipulate as follows:

1. The Parties have agreed to a proposed settlement.

2. All settlements must be approved by the full Federal Trade Commission ("Commission").

3. The FTC filed its Motion for Summary Judgment (ECF #73) on July 1, 2015.

4. Defendant Ricki Black's Opposition is currently due on July 23, 2015.

5. Should the Commission reject the proposed settlement, the Parties agree that Defendant Black's Opposition to the FTC's Motion for Summary Judgment shall be due 21 days

1. after the Parties alert the Court that the Commission has rejected the proposed settlement. The
2. FTC would then have 14 days from the date of Defendant Black's Opposition to file its Reply.
3. [PAGE ENDS HERE]

6. This Joint Stipulation is made without prejudice to any party's ability to apply to the Court for any further or additional relief.

Dated: July 13, 2015

          Respectfully submitted,


*/s/ Elsie B. Kappler*

ELSIE B. KAPPLER
ALEJANDRO G. ROSENBERG
Federal Trade Commission
600 Pennsylvania Ave., NW
Maildrop CC-9528
Washington, D.C. 20580
(202) 326-2466 (Kappler)
(202) 326-2698 (Rosenberg)
(202) 326-3197 (Fax)
Email: ekappler@ftc.gov; arosenberg@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

*/s/ Ricki Black*

RICKI BLACK
2603 S.W. 28th Terrace
Cape Coral, FL  33913
(702) 743-3023
*Pro Se*

**ORDER**

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE**, II
**U.S. District Court Judge**

**DATED:  July 21, 2015.**

4

**CERTIFICATE OF SERVICE**

    I, Elsie B. Kappler, hereby certify that on this 13th day of July, 2015, I served the foregoing document electronically on all counsel above via CM/ECF, and on Ricki Black via email to ricki.black@ymail.com.

                                      */s/ Elsie B. Kappler*

                                      Elsie B. Kappler